IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LONNIE L. JACKSON,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                                10-cv-212-bbc

K. SCHELFOUT, DR. MURPHY,
LT. DOMAN, JUDY P. SMITH,
THOMAS EDWARDS, LT. TONY,
STEVEN CASPERSON, JENNIFER
DELAUEX, CAPTAIN KELLER,
DR. SUMNICHT, BELINDA SCHRUBBE,
JAMES GREER, TIM PIERCE,
JASON SMITH, JEFFREY JABER,
JON HIBBARD, LORI MEITZEN,
TROY EHNERT, RANDY J. SPRANGER,
HANS KUSTER, WENDY CARIVOU
and DOUG DEMOTTS,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants

    (1) dismissing plaintiff's complaint as to defendants K. Schelfhout, Dr. Murphy, Lt. Doman, Judy P. Smith, Thomas Edwards, Lt. Tony, Steven Casperson, Jennifer Delauex, Captain Keller, Dr. Sumnicht, Belinda Schrubbe, James Greer and Tim Pierce; and

(2) granting summary judgment in favor of Jason Smith, Jeffrey Jaber, Jon Hibbard, Lori Meitzen, Troy Ehnert, Randy J. Spranger, Hans Kuster, Wendy Carivou and Doug DeMotts and dismissing this case.

*Peter Oppeneer*      3/28/11
Peter Oppeneer, Clerk of Court      Date